IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,              ) | |
| )  | |
| Plaintiff,              ) | 4:04CR3100 |
| ) | |
| v.              ) | |
| ) | |
| KIMBERLY WINNINGTON and              ) | REASSIGNMENT ORDER |
| JOSEPH WINNINGTON,              ) | |
| ) | |
| Defendants.              ) | |

Pursuant to the minutes of the hearing on March 18, 2005 (Filing No. 28),

IT IS ORDERED that this case is reassigned from District Judge Richard G. Kopf to Magistrate Judge David L. Piester effective March 18, 2005, for judicial supervision and processing of all pretrial matters and disposition.

DATED this 8th day of June, 2005.

BY THE COURT:

**s/ Joseph F. Bataillon**
United States District Judge